■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN THOMPSON, Appellant. [744 NYS2d 897] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered December 19, 2000, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are without merit. Ritter, J.P., Feuerstein, Smith and Adams, JJ., concur.